# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ERIC MULLINS,

                Plaintiff,   :   Case No. 3:10-cv-404

   - vs -   :   District Judge Thomas M. Rose
                                                        Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL   :
SECURITY,

                                       :

                Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #31), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Commissioner's Motion for Relief Under Rule 60(b)(6) is DENIED.

May 21, 2012                                      *s/THOMAS M. ROSE*
                                                                         Thomas M. Rose
                                                            United States District Judge